IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 NOV 17 PM 4: 19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

BAZAARVOICE, INC.; §
POWERRIEVIEWS, INC.; AND §
POWERREVIEWS OC, LLC, §
        PLAINTIFFS, §
§
V. § CAUSE NO. A-14-CV-673-LY
§
BSG TECH LLC, §
        DEFENDANT. §

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On November 14, 2014, the parties filed a Stipulated Motion for Dismissal With Prejudice (Doc. #18), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 17th day of November, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE